COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING EN BANC

Appellate case name:      Dornice Hart v. Anthony J. Mills

Appellate case number:   01-21-00059-CV

Trial court case number:  2004-14056

Trial court:                   247th District Court of Harris County

Date motion filed:          June 28, 2021

Party filing motion:        Appellant

It is ordered that the motion for rehearing en banc of the order striking appellant's brief is **denied**. *See* TEX. R. APP. P. 49.7.

Judge's signature: /s/Sherry Radack
                          Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  July 29, 2021